# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **GULF COAST BANK AND TRUST COMPANY, AS ASSIGNEE OF BANK OF AMERICA, N.A.,** § § § § | |
| **Plaintiff,** § § | |
| v. § § | Civil Action No. 4:22-cv-432-ALM-KPJ |
| **ACCELERATED GENETIX, LLC and BRETT BECKER** § § § § | |
| **Defendants.** § | |

## AGREED FINAL JUDGMENT

On March 2, 2023, Plaintiff Gulf Coast Bank and Trust Company, as Assignee of Bank of America, N.A. ("Gulf Coast Bank and Trust") and Defendant Brett Becker filed an Agreed Motion for Entry of Agreed Final Judgment (the "Motion" - Dkt. #29), wherein the Parties request judgment be entered against Brett Becker consistent with the agreement of the Parties. *See* Dkts. #29, #29-1. Upon consideration, the Motion (Dkt. #29) is hereby **GRANTED**.

It is therefore **ORDERED** that Gulf Coast Bank and Trust shall recover the sum of $112,119.13 from Brett Becker.

It is further **ORDERED** that prejudgment interest on the sum at the annual rate of 7.75% is to be paid by Brett Becker from May 19, 2022, until the date of the entry of the judgment.

It is further **ORDERED** that Gulf Coast Bank and Trust shall recover against Brett Becker its reasonable and necessary attorney's fees incurred in this proceeding in the amount of $13,041.69.

It is further **ORDERED** that postjudgment interest is payable on all of the above amounts allowable by law at the rate of 4.65%, from the date this judgment is entered until the date this judgment is paid.

All relief not previously granted is hereby denied.

**IT IS SO ORDERED.**

**SIGNED this 30th day of March, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE